UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EDWIN RODOLFO ULIN VALDEZ,

　　　　　　　　Petitioner,

　　v.

WARDEN, NORTHWEST ICE
PROCESSING CENTER,

　　　　　　　　Respondents.

CASE NO. 2:26-cv-01127-JHC

ORDER

This matter comes before the Court on Edwin Rodolfo Ulin Valdez's Petition for Writ of Habeas Corpus. Dkt. # 4. The Court has considered the materials filed in support of and in opposition to the petition, the rest of the record, and the governing law. Being fully advised, for the reasons below, the Court DENIES the Petition. Dkt. # 4.

Federal district courts have the authority to grant a writ of habeas corpus if a person "is in custody in violation of the Constitution or laws or treaties of the United States[.]" 28 U.S.C. § 2241 (a), (c). "The [habeas] petitioner carries the burden of proving by a preponderance of the evidence that [they are] entitled to habeas relief." *Davis v. Woodford*, 384 F.3d 628, 638 (9th Cir. 2004).

Petitioner, who appears pro se, arguably raises a constitutional claim or question of law as to the immigration judge's (IJ) bond denial that occurred on April 6, 2026, Dkt. # 10-3 at 2,

ORDER - 1

but alleges no facts that would allow the Court to find abuse of discretion by the IJ. *See generally* Dkt. # 4; *see Soriano v. Hernandez*, __ F. Supp. 3d __, 2026 WL 969764, at *3-4 (W.D. Wash. Apr. 10, 2026) (finding abuse of discretion where the IJ made findings that were counter to its flight risk determination used to deny bond).

The rest of the claims raised have already been considered in a previous habeas petition filed by Petitioner. *See Ulin Valdez, et al., v. Hernandez, et al.*, No. 2:26-CV-00937-TMC, 2026 WL 850755 (W.D. Wash. Mar. 27, 2026). And because there have been no alleged changed circumstances or other exception to the abuse of writ doctrine, Petitioner's detention cannot be challenged again here. *See Brown v. Muniz*, 889 F.3d 661, 667-68 (9th Cir. 2018).

For these reasons, the Court DENIES the petition. Dkt. # 4.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 15th day of May, 2026.

John H. Chun
United States District Judge

ORDER - 2